USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES FIRE INSURANCE CO., INC.,

                Plaintiff,

-against-

S/A CONSTRUCTION SERVICES, L.P. et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 8452 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

All counsel having appeared for a pre-motion conference on April 24, 2009, the following schedule is established on consent:

1. Defendants shall serve and file their motion to transfer by May 18, 2009;

2. Plaintiff shall serve and file its opposition to the motion by June 2, 2009;

3. Defendants shall serve and file any reply by June 9, 2009.

Discovery shall not be stayed pending resolution of the motion.

Dated: April 28, 2009
      New York, New York

                                SO ORDERED:

                                _____
                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of record:*

Adam R. Schwartz, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP (NJ)
88 Pine Street
24th Floor
New York, NY 10005
*Counsel for Plaintiff*

Benjamin K. Sanchez, Esq.
Sanchez Law Firm
806 Main Street
Suite 920
Houston, TX 77002
*Counsel for Defendants S/A Construction, Kenneth Dwane Swonke, and Lora Hunt Swonke*