USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES FIRE INSURANCE CO., INC., :

              Plaintiff, :

      -against- :

S/A CONSTRUCTION SERVICES, L.P. et al., :

             Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 8452 (WHP)

<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        Due to the withdrawal of Defendants' counsel on August 13, 2009, Defendants' motion to transfer (Docket No. 49) is denied without prejudice.

Dated: August 20, 2009
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Adam R. Schwartz, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP (NJ)
88 Pine Street
24th Floor
New York, NY 10005
*Counsel for Plaintiff*